[Crim. No. 1608. First Appellate District, Division One.—January 15, 1931.]

In the Matter of the Application of GEORGE H. JOHN-STON et al. for Writ of Probable Cause.

James Wesolo for Petitioner.

U. S. Webb, Attorney-General, and Lionel Browne, Deputy Attorney-General, for Respondents.

THE COURT.—Application for stay of execution of judgment.

Petitioners were tried and found guilty of robbery and burglary of the first degree. A writ of probable cause was prayed 'for and denied by the trial court. From an examination of the record we are of the opinion that there is no reason why a stay of execution should be granted.

The petition is denied.